United States Court of Appeals
FOR THE SECOND CIRCUIT

---

**UNITED STATES OF AMERICA,**

*Appellee,*

-against-            Affirmation in Support of Motion
for Leave to Withdraw

*No., 14-1108(L); 14-1518(CON)*

**GLENN UNGER,**

*Defendant-Appellant.*

---

Molly Corbett, pursuant to 28 U.S.C. §1746, affirms and declares the following:

1. I am a Research and Writing Specialist with the Federal Public Defender for the Northern District of New York.

2. In December of 2012, Mr. Unger was charged by a sealed federal indictment with seven violations of federal law. The seven-count indictment charged varying violations related to interfering or failing to pay federal taxes, submitting false or fraudulent claims and creating fictitious obligations intending to defraud.

3. An initial appearance was held on December 30, 2012. A detention hearing was held January 2, 2013 at which Mr. Unger informed the court that he did not wish to retain counsel nor have counsel appointed to him. Mr. Unger declined the assistance of the representative of the Federal Public Defender Office.

4. George Baird, an Assistant Federal Public Defender was appointed at a subsequent proceeding.

1

5. The appointment of counsel was amended and Mr. Baird was made "stand-by counsel" to Mr. Unger on March 28, 2013.

6. Two months later Mr. Unger was ordered to undergo a psychiatric evaluation pursuant to 18 U.S.C. § 4247(b).

7. After a determination that Mr. Unger was competent to proceed, a trial was held during the week of October 15, 2013.

8. A *Faretta* hearing was conducted prior to the commencement of trial. Mr. Unger maintained his right to represent himself.

9. Trial commenced on October 16, 2013 and concluded on October 21, 2013.

10. As the trial progressed, the District Court replaced Mr. Unger with Mr. Baird.

11. Mr. Unger was convicted on all seven counts.

12. During the pending criminal proceedings: pre-trial, trial and post-conviction, Mr. Unger has refused receipt of multiple mailings from the district court alerting him to proceedings and filings.

13. Mr. Unger also refused attempts by his stand-by counsel to communicate with him both in person and through correspondence.

14. He also refused to participate in the pre-sentence interview.

15. He was sentenced on April 21, 2013 to a 97-month term of imprisonment followed by 3 years of supervised release.

16. Mr. Unger has continued to refuse all communications with his counsel. Counsel is unable to communicate with him and has not had communication with him since the court verdict. *Exhibit A*, Copies of the Returned Correspondence.

17. Mr. Baird filed the notice of appeal to preserve Mr. Unger's ability to appeal.

18. Undersigned counsel, Molly Corbett was added as associate counsel for appeal purposes.

19. Counsel is unable to determine whether Mr. Unger wishes to proceed with the appeal with current counsel, to proceed *pro se* or to dismiss the appeal.

20. Counsel has attempted to inform Mr. Unger of his ability to appeal, potential appeal issues and how to request new counsel but the correspondence was refused.

21. Counsel seeks to withdraw from further representation. *See Benefield v. City of New York*, 14 Misc.3d 603, 610-611, 824 N.Y.S.2d 889 (Bronx Co. 2006)(Client refusing to communicate with counsel can serve as a basis for granting withdrawal as counsel).

WHEREFORE, undersigned counsel, Molly Corbett requests that further representation by the Federal Public Defender Office on the currently pending appeal be terminated and that she and Mr. Baird be relieved from further representation of Mr. Unger.

DATED: August 27, 2014

Affirmed by,

Molly Corbett

Digitally signed by Molly Corbett
DN: cn=Molly Corbett, o=Federal Public Defender Office, ou=Research & Writing Specialist, email=molly_corbett@fd.org, c=US
Date: 2014.08.27 11:42:09 -04'00'

Molly Corbett, Esq.
Research and Writing Specialist
Office of Federal Public Defender
39 North Pearl Street, 5th Floor
Albany, New York 12207
(518) 436-1850



EXHIBIT 1

Inmate Refused

SPECIAL MAIL
ATTORNEY - CLIENT
PRIVILEGE

Glenn Unger
Rensselaer County Jail
4000 Main Street
Troy, New York 12180

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

SPECIAL MAIL
ATTORNEY - CLIENT
PRIVILEGE

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

USA        v.

UNGER

**CERTIFICATE OF SERVICE**
Docket Number: 14-1108(L); 14-1518(CON)

I, Molly Corbett, hereby certify under penalty of perjury that on August 27, 2014, I served a copy of the Motion to Be Relieved as Counsel with Supporting Affidavit and Exhibit

(list all documents)

by (select all applicable)*

☑ United States Mail
☐ Federal Express
☐ Overnight Mail
☐ Facsimile
☐ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Brenda Sannes, AUSA | 100 South Clinton St. | Syracuse | NY | 13261 |
| Glenn Unger, Reg. No.: 20191-052 | MDC BROOKLYN P.O. BO | Brooklyn | NY | 11232 |
| | | | | |
| | | | | |

8/27/2014                               Molly Corbett
Today's Date                            Signature

Digitally signed by Molly Corbett
DN: cn=Molly Corbett, o=Federal Public Defender Office, ou=Research & Writing Specialist, email=molly_corbett@fd.org, c=US
Date: 2014.08.27 11:42:39 -04'00'

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form