# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand and fourteen.

Before:     Susan L. Carney,
                *Circuit Judge,*

_____

United States of America,

  Appellee,

v.

Glenn R. Unger,

  Defendant - Appellant.

_____

**ORDER**
Docket No. 14-1108(L)
              14-1518(con)

Appellant's counsel, George E. Baird and Molly Corbett, move to be relieved from further representing Appellant.

IT IS HEREBY ORDERED THAT the motion is GRANTED. The Clerk's Office shall mail a copy of this Order to Appellant at the following address:

> Glen Unger, Reg. No.: 20191-052
> FCI Allenwood
> P.O. Box 1000
> White Deer, PA 17887

Within 30 days of the date of this Order, Appellant must advise the Court in writing whether Appellant wishes to have new counsel appointed or to proceed pro se.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

